# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Joe John Giacalone
                    Plaintiff,

v.                                      Case No.: 1:12–cv–01192
                                              Honorable Charles P. Kocoras

Experian, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2013:

      MINUTE entry before Honorable Charles P. Kocoras:Motion hearing held on 4/23/2013. Defendant Experian Information Solutions, Inc.'s ("defendant") motion (Doc [49]) for leave to file brief in excess of fifteen pages in support of it39;s motion for summary judgment, is granted. Plaintiff's motion (Doc [47]) to strike defendant's opposition to plaintiff's motion for partial summary judgment is denied. Defendant's motion (Doc [45]) to strike inadmissible letters from Bank of America and Capital One is granted. Plaintiff is given to 5/9/2013 to file one document containing both a reply to his motion (Doc [32]) for partial summary judgment, and answer to defendant's motion (Doc [42]) for summary judgment. Plaintiff's said brief is limited to 25 pages. Defendant's reply in support of its motion (Doc [42]) for summary judgment is due 5/23/2013, and is limited to 15 pages. Ruling set for 5/23/2013 is stricken. The Court will rule by mail.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.